UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**F I L E D**

Sep 22 2022

**ARTHUR JOHNSTON, CLERK**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 1:17-cr-00112-HSO-JCG-2

ROBYN PAIGE KISLING

ORDER

The defendant having been arrested and made his initial appearance before the Court, and

upon request of the United States Attorney, the Clerk is directed to unseal the Petition for

Warrant or Summons for Offender Under Supervision and the arrest warrant filed in this case.

SO ORDERED, this the _22_ _nd_ day of September, 2022.

_____
UNITED STATES MAGISTRATE JUDGE